UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| IN RE: <br> THE TURNER HUNT LEWIS TRUST <br> RICHARD N. LEWIS and WILLIAM J. LEWIS, <br> as Trustees of the Turner Hunt Lewis Trust | CIVIL ACTION NO. 03-2118-M |
| -vs- | JUDGE DRELL |
| CAROLINE LEWIS HUNT, ELLEN HUNT <br> FLOWERS, MARY HUNT HUDDLESTON, <br> ELIZABETH HUNT CURNES, HOUSTON <br> BUNKER HUNT, and UNITED STATES <br> OF AMERICA | MAGISTRATE JUDGE KIRK |

## AMENDED RULING

In reference to this Court's Ruling dated June 29, 2005, any reference throughout to "Carolyn" Hunt is hereby conformed to read "Caroline" Hunt, and is intended to refer to Caroline Lewis Hunt, one of the named defendants.

SIGNED on this 3rd day of August, 2005, at Alexandria, Louisiana.

Dee D. Drell
United States District Judge